435 A.2d 654

Commonwealth v. Greene, Appellant.

Petition for Allowance of Appeal Denied April 2, 1982.

Submitted April 16, 1980. Norman A. Levine, for appellant; Donald E. Williams, District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.